881 A.2d 1239

IN THE MATTER OF ALAN M. DARNELL, AN ATTORNEY AT LAW (ATTORNEY NO. 268401971).

September 14, 2005.

## ORDER

**ALAN M. DARNELL**, formerly of **WOODBRIDGE**, who was admitted to the bar of this State in 1971, and who thereafter was transferred to disability inactive status by Order of the Court filed on January 11, 2005, having tendered his consent to disbarment as an attorney at law of the State of New Jersey, and good cause appearing;

It is ORDERED that **ALAN M. DARNELL** is disbarred by consent, effective immediately; and it is further

ORDERED that respondent's name be stricken from the roll of attorneys and that he be permanently restrained and enjoined from practicing law; and it is further

ORDERED that **ALAN M. DARNELL** be removed as a signatory to any and all attorney accounts maintained in any New Jersey financial institution pursuant to *Rule* 1:21–6; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with disbarred attorneys; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.